Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UZMA SHAH, a U.S. citizen; and PRATAP SUNDAVADARA, a citizen of Great Britain,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP and IMMIGRATION SERVICES, an agency of the U.S. Government; and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, an agency of the U.S. Government,<br><br>Defendants. | C18-1345-RSM<br><br>STIPULATED MOTION AND ORDER REGARDING BRIEFING SCHEDULE |

## **STIPULATION**

Plaintiffs filed this action seeking review of a decision by U.S. Citizenship and Immigration Services ("USCIS"). Dkt. No. 1. The parties agree that Plaintiffs' action is brought pursuant to the Administrative Procedures Act, 5 U.S.C. § 702. As such, the parties agree that Plaintiffs' case is "an action for review on an administrative record," falling under a category of cases in Federal Rule of Civil Procedure ("FRCP") 26(a)(1)(E)(i) that are exempt from the requirements set forth in FRCP 26(a) and (f) pertaining to the "lay down" of discovery, the

Stipulation and Order
Case No. C18-1345 RSM - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800

participation of the parties in a discovery conference, and the presentation of a joint discovery plan.

Accordingly, the parties respectfully request that the Court accept and approve this Stipulation, in lieu of a joint status report. The parties have agreed to the following proposed briefing schedule for the filing of summary judgment motions and any responses thereto:

1. Plaintiffs shall file a motion for summary judgment, which must not exceed twenty-four pages, no later than July 25, 2019 and note it on the motion calendar for September 13, 2019;

2. Defendants shall file their combined response and cross motion for summary judgment, which must not exceed twenty-four pages, no later than August 22, 2019 and note it on the motion calendar for September 13, 2019;

3. Plaintiffs shall file their combined response to Defendants' cross motion and reply to Plaintiffs' motion, which must not exceed twelve pages, no later than September 13, 2019.

4. Defendant shall file its reply, which must not exceed twelve pages, in support of its cross motion no later than September 13, 2019.

Stipulation and Order
Case No. C18-1345 RSM - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | | |
|---|---|---|
| 1 | Dated this 10th day of May, 2019 | Dated this 10th day of May, 2019. |
| 2 | | BRIAN T. MORAN |
| 3 | | United States Attorney |
| 4 | *s/ William Frick* | *s/ Patricia D. Gugin* |
| 5 | WILLIAM FRICK, WSBA#26648 | PATRICIA D. GUGIN, WSBA #43458 |
| 6 | Law Office of William Frick<br>719 Second Ave., Ste. 701 | Assistant United States Attorney<br>United States Attorney's Office |
| 7 | Seattle, Washington 98104<br>Phone: 206-286-0167 | 1201 Pacific Ave., Suite 700<br>Tacoma, Washington 98402 |
| 8 | Email: william@fricklaw.info | Phone: 253-428-3832<br>Email: pat.gugin@usdoj.gov |
| 9 | Attorney for Plaintiffs | Attorneys for Defendants |

Stipulation and Order
Case No. C18-1345 RSM - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# **ORDER**

The parties having so stipulated, IT IS ORDERED that the parties will comply with the above stipulated briefing schedule.

Dated this 14 day of May 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and Order
Case No. C18-1345 RSM - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800