Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UZMA SHAH, a U.S. citizen; and PRATAP SUNDAVADARA, a citizen of Great Britain,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP and IMMIGRATION SERVICES, an agency of the U.S. Government; and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, an agency of the U.S. Government,<br><br>Defendants. | C18-1345-RSM<br><br>STIPULATED MOTION AND ORDER TO AMEND MOTION SCHEDULE |

## **STIPULATION**

COME NOW the parties, and hereby stipulate and request, pursuant to Federal Rule of Civil Procedure 6(b), that the Court amend the current schedule for filing motions for summary judgment as follows: the noting date will be extended from September 13, 2019 to September 20, 2019. Plaintiff's response/reply will be filed by September 13, 2019, the current date. Defendant's reply will be filed by September 20, 2019, an extension of one week from the current date of September 13, 2019. *See* Stipulated

Stipulation and Order
Case No. C18-1345 RSM - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Order, Dkt. No. 18. Through inadvertent error, the prior stipulated scheduling order listed both parties' reply briefs as filed on the same date, September 13, 2019. *See id.* Accordingly, the parties respectfully request this extension and amendment.

| | |
|---|---|
| Dated this 15th day of July, 2019 | Dated this 15th day of July, 2019. |
| | BRIAN T. MORAN<br>United States Attorney |
| *s/ William Frick*<br>WILLIAM FRICK, WSBA#26648<br>Law Office of William Frick<br>719 Second Ave., Ste. 701<br>Seattle, Washington 98104<br>Phone: 206-286-0167<br>Email: william@fricklaw.info | *s/ Patricia D. Gugin*<br>PATRICIA D. GUGIN, WSBA #43458<br>Assistant United States Attorney<br>United States Attorney's Office<br>1201 Pacific Ave., Suite 700<br>Tacoma, Washington 98402<br>Phone: 253-428-3832<br>Email: pat.gugin@usdoj.gov |
| Attorney for Plaintiffs | Attorneys for Defendants |

Stipulation and Order
Case No. C18-1345 RSM - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED and DECREED that the schedule for filing motions for summary judgment is amended to reflect a noting date of September 20, 2019. Plaintiff's response/ reply will be filed by September 13, 2019, and Defendant's reply will be filed by September 20, 2019.

Dated this 16 day of July 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and Order
Case No. C18-1345 RSM - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she is an employee/contractor in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers.

It is further certified that, on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

William Frick
William@fricklawfirm.info

I further certify that on this date, I mailed by United States Postal Service the foregoing to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

-0-

Dated this 15th day of July, 2019.

*/s/ Rebecca L. Clauson*
Rebecca L. Clauson, Legal Assistant
United States Attorney's Office
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
E-mail: Rebecca.clauson@usdoj.gov

Stipulation and Order
Case No. C18-1345 RSM - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800