# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UZMA SHAH et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, et al.,<br><br>Defendants. | Case No. C18-1345RSM<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on Plaintiffs' Motion for 8 Day Extension of Time to File Motion for Summary Judgment. Dkt. #21. After reviewing the briefing of both parties, the Court concludes that such an extension is warranted with Defendants' requested modifications. Accordingly, the Court finds and ORDERS that the briefing schedule for Plaintiffs' Motion for Summary Judgment is amended as follows:

Plaintiffs' Motion due on August 2, 2019;

Defendants' Opposition and Cross-Motion due on August 30, 2019;

Plaintiffs' Opposition and Reply due on September 23, 2019;

Defendants' Reply due on September 30, 2019.

The Court further directs the Clerk to re-note Plaintiffs' Motion for Summary Judgment for consideration on September 30, 2019.

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1

DATED this 5 day of August, 2019.

                                            RICARDO S. MARTINEZ
                                            CHIEF UNITED STATES DISTRICT JUDGE