UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UZMA SHAH, a U.S. citizen; and PRATAP SUNDAVADARA, a citizen of Great Britain,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP and IMMIGRATION SERVICES, an agency of the U.S. Government; and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, an agency of the U.S. Government,<br><br>Defendants. | C18-1345-RSM<br><br>SECOND STIPULATED MOTION AND ORDER TO AMEND MOTION SCHEDULE |

## **STIPULATION**

COME NOW the parties, and hereby stipulate and request, pursuant to Federal Rule of Civil Procedure 6(b), that the Court amend the current schedule for filing motions for summary judgment as follows: Defendants' opposition and cross-motion will be extended from August 30, 2019, to October 11, 2019; Plaintiff's response/reply will be extended from September 23, 2019 to November 4, 2019; Defendants' reply will be extended from September 30, 2019 to November 11, 2019; and the noting date will be extended from September 30, 2019 to November 11, 2019. As good cause for this

Stipulation and [Proposed] Order
Case No. C18-1345 RSM - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800

stipulated extension, counsel for Defendants states that she will be in the office only sporadically for the next few weeks in order to address a family matter.

Accordingly, the parties respectfully request this extension.

Dated this 20th day of August, 2019

Dated this 20th day of August, 2019.

BRIAN T. MORAN
United States Attorney

*s/ William Frick*
WILLIAM FRICK, WSBA#26648
Law Office of William Frick
719 Second Ave., Ste. 701
Seattle, Washington 98104
Phone: 206-286-0167
Email: william@fricklaw.info

*s/ Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA #43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave., Suite 700
Tacoma, Washington 98402
Phone: 253-428-3832
Email: pat.gugin@usdoj.gov

Attorney for Plaintiffs

Attorneys for Defendants

Stipulation and [Proposed] Order
Case No. C18-1345 RSM - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# ORDER

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED and DECREED that the schedule for filing motions for summary judgment is amended to reflect a noting date of November 11, 2019. Defendant's opposition and cross-motion will be filed on October 11, 2019. Plaintiff's response/ reply will be filed by November 4, 2019, and Defendant's reply will be filed by November 11, 2019.

Dated this 23rd day of August 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order
Case No. C18-1345 RSM - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |

1                                                <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he/she is an employee/contractor in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers.

It is further certified that, on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

William Frick
William@fricklawfirm.info

I further certify that on this date, I mailed by United States Postal Service the foregoing to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

-0-

Dated this 20th day of August, 2019.

                                                    */s/ Rebecca L. Clauson*
Rebecca L. Clauson, Legal Assistant
United States Attorney's Office
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
E-mail: Rebecca.clauson@usdoj.gov

Stipulation and [Proposed] Order
Case No. C18-1345 RSM - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800