UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UZMA SHAH et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, et al., <br><br> Defendants. | Case No. C18-1345RSM <br><br> ORDER GRANTING UNOPPOSED MOTIONS RE: REPLY BRIEFING |

This matter comes before the Court on the parties' Unopposed Motions re: responsive/reply briefing on summary judgment. Dkts. #32 and #34. After reviewing the briefing of both parties, the Court concludes that the requested relief is warranted, but notes that Plaintiffs did not follow the procedures of Local Civil Rule 7(j) for seeking relief from a deadline. An untimely, opposed motion for extension of time would not have been granted, and Plaintiffs' counsel is advised to adhere to this and all other local rules in the future. In any event, the Court finds and ORDERS that the parties' Unopposed Motions, Dkts. #32 and #34, are GRANTED. The Court will consider Plaintiffs' late response/reply brief, Dkt. #33, and Defendants are granted leave to file a reply brief no later than today, November 15, 2019.

DATED this 15th day of November, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTIONS RE: REPLY BRIEFING - 1